802

## SUPERIOR STEEL PRODUCTS CORPORATION *v.*
## PEERLESS NUCLEAR CORPORATION
## (8361)

DALY, O'CONNELL and FOTI, Js.

Argued May 9—decision released May 16, 1990

*Antoinette Leone Ruzzier,* for the appellant (plaintiff).

*Susan L. Stratton,* with whom was *Frederick M. Tobin,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.